**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MAURICE JOHNSON,**

**Plaintiff,** :

**v.**

**WARDEN CYNTHIA DAVIS, *et al.*,** :

**Defendants.**

**Case No. 2:26-cv-29**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Stephanie K. Bowman**

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") issued by the Magistrate Judge on July 28, 2026. (ECF No. 43.) Therein, the Magistrate Judge recommends that the Court deny Plaintiff's request to enjoin conduct allegedly occurring at the Southern Ohio Correctional Facility. (*Id.*)

The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the R&R (ECF No. 43). Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction (ECF No. 42) is **DENIED**.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**